**Larry A. Bowen, Plaintiff-Appellee, v. Jacqueline A. Bowen, Defendant-Appellant.**

**Gen. No. 68–100. (Abstract of Decision.)**

Third District.
November 21, 1969.

Cirricione & Penn, of Joliet, for appellant; Silberstein and Napoli, of Peoria, for appellee. Opinion by JUSTICE RYAN. Not to be published in full.